UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEANN WHITE,<br><br>  Plaintiff,<br><br>v.<br><br>PHOENIX FINANCIAL SERVICES,<br><br>  Defendant. | Civil Action No.<br><br>20-1303 (MCA) (LDW)<br><br>**REPORT & RECOMMENDATION** |

**LEDA DUNN WETTRE, United States Magistrate Judge**

Plaintiff having failed to prosecute this action, the undersigned respectfully recommends that the action be dismissed without prejudice. Plaintiff has never appeared before this Court since the removal of this action from the Superior Court of New Jersey in February 2020. Since removal, she has failed to appear for a noticed Rule 16 conference. (ECF No. 15). She also failed to show cause on August 17, 2020 why her case should not be dismissed. (*See* Minute Entry on August 17, 2020). She has never contacted the Court or defense counsel to explain her failure to participate. Given that all court notices have been sent to the address plaintiff listed in the complaint she filed in Superior Court as her home address, the Court fairly presumes their receipt.

Pursuant to Federal Rules of Civil Procedure 37(b)(2), 41(b) and the factors set forth in *Poulis v. State Farm Casualty Co.*, 747 F.2d 863 (3d Cir. 1984), dismissal is appropriate given the complete absence of plaintiff, the prosecuting party. *See Newton v. Diversified Consultants*, No. 18-cv-12377 (FLW)(LHG), 2019 WL 3565808, at *1 (D.N.J. Mar. 8, 2019) (finding that dismissal is warranted because Plaintiff "essentially failed to take any steps towards advancing this matter," including by failing to appear at the initial pretrial conference). There is no lesser sanction that is appropriate given the Court's complete inability to move the case forward without plaintiff's

participation. The Court recommends that the action be dismissed without prejudice, however, in the event that plaintiff's non-participation is due to some extenuating circumstance that may later abate sufficiently to enable her to pursue her claims. *See Duda v. Rentokil N. Am., Inc.*, No. 18-cv-13930 (JMV), 2020 WL 1227526, at *5 (D.N.J. Mar. 12, 2020) (noting that dismissal with prejudice is a drastic remedy for plaintiff's failure to prosecute).

For the reasons stated above, this Court respectfully recommends that plaintiff's Complaint be **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v) and 41(b). The parties are advised that they may file an objection within 14 days of the date of this Order pursuant to Fed. R. Civ. P. 72(b)(2). It is further **ORDERED** that defense counsel shall deliver a copy of this Report and Recommendation to plaintiff at her last known address, return receipt requested.

Dated: August 19, 2020

                                              *s/ Leda Dunn Wettre*
                                              Hon. Leda Dunn Wettre
                                              United States Magistrate Judge