UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DEANN WHITE,**<br><br>　　　　　　*Plaintiff*,<br><br>**v.**<br><br>**PHOENIX FINANCIAL SERVICES,**<br><br>　　　　　　*Defendants.* | **Civil Action No. 20-1303(MCA)**<br><br>**ORDER** |

　　　　**THIS MATTER** comes before the Court by way of Order to show cause issued by the Court, ECF No. 15;

　　　　and it appearing that Judge Wettre issued a Report and Recommendation dated August 19, 2020, in which Judge Wettre recommended that this Court dismiss the action without prejudice since the defendant has failed to appear for a notice of Rule 16 conference, ECF No. 13 and also failed to show cause on August 17, 2020 why her case should not be dismissed; and

　　　　it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

　　　　it appearing that for the reasons set forth in Judge Wettre's Report and Recommendation;

　　　　**IT IS** on this 6th day of November, 2020,

　　　　**ORDERED** that Judge Wettre's Report and Recommendation dated August 19, 2020, is **ADOPTED** and this case shall be dismissed without prejudice**.**

　　　　　　　　　　　　　　　　　　　　　　　*s/ Madeline Cox Arleo*　　　　　
　　　　　　　　　　　　　　　　　　　　　　　**Hon. Madeline Cox Arleo**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**